UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: No. 3:16-CR-127-5
v. :
: (Judge Caputo)
DAVON BECKFORD a/k/a Dolo :
a/k/a Jaquan Wilson, :
Defendant :

## MOTION TO WITHDRAW PLEA

NOW, this 19th day of September, 2016, Davon Beckford, the defendant in the above-captioned matter, after consultation and assistance of his counsel, moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of guilty to Count 1 of the within Indictment.

_____
DAVON BECKFORD
Defendant

## ORDER

NOW, this 19th day of September, 2016, the foregoing Motion To Withdraw Plea is granted.

_____
A. RICHARD CAPUTO
United States District Judge

## PLEA

NOW, this 19th day of September, 2016, the above named Defendant withdraws his plea of not guilty and pleads guilty to Count 1 of the within Indictment in the above-captioned matter.

_____
DAVON BECKFORD
Defendant