## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
           :
     Plaintiff :
           :
 vs.         :
           :
DAVON BECKFORD,    :
           :
           : NO. 3:16-CR-127-ARC-5
     Defendant

FILED
SCRANTON

MAY 3 0 2017

PER _____
DEPUTY CLERK

### SENTENCING MEMORANDUM

The undersigned counsel presents the within Memorandum to assist the Court in its consideration of a just sentence for Mr. Davon Beckford. Mr. Beckford is a young man who has been incarcerated in Lackawana prison since June of 2016 as a result of a multicount indictment of May 17, 2016. By way of a written plea agreement and an appearance before the Court on September 16, 2016, Mr. Beckford plead guilty to Count One of the indictment. The parties agreed that Beckford was involved in distribution of fewer than ten grams of heroin.

Mr. Beckford at the time of his indictment was confined at Rikers Island in New York as a result of a probation violation. He had been adjudicated as a youthful offender. On April 28, 2016 Beckford was resentenced to one year. It appears from his New York lawyer's communications that he was discharged from that sentence on May 31, 2016.

1

Mr. Beckford has spent his time very wisely at Lackawana County Jail. He has completed almost all programs offered to young men at that facility. He is now twenty-three years of age and seems to have had a re-awakening at Lackawanna County Jail.

## THE PAST YEAR

Mr. Beckford has been spending the past year as productively as anyone in confinement can (see attached evaluations). He has progressed gradually and steadily in the many positive programs he has undertaken. Initially he received moderate performance, but he quickly advanced to an evaluation of "major progress". (See attached valuations marked as Defendants 1-12). Through the jail, Davon has attained Certificates of Achievement from the Employment Opportunity and Training Center of Northeastern Pennsylvania in Financial Responsibility, Math Skills, Life Skills I, II, and III, Anger Management, Emotional Wellness, and Career Preparation. Davon received grades of "participated with distinction" in all but one of the programs, math, which he received a grade of satisfactory. The programs totaled almost ninety hours of instruction and participation.

Jennifer Shoemaker, the program instructor, writes, "Davon actively participates, presents as positive, completes all work. Davon's opinion into the group discussions was welcome, and his feedback relevant and appropriate."

In anticipation of his release from custody and in keeping with his instruction through EOTC, Mr. Beckford has prepared a resume reflecting his skills and his availability for employment. On his own, Davon is developing his reading skills. He has also taught

2

himself basic legal research, and in counsel's opinion, he is not too bad at it. In his favor he does not believe he is yet qualified for admission to Harvard or Yale.

Mr. Beckford is maturing as a man. The participation in discussion noted by his instructor is an indicator that he is progressing from a street kid and law violator in Queens and Brooklyn to a mature young man. That maturity and socialization will bode well for Davon as he gains employment. His impulse control will enable him to find appropriate friendships which will encourage him in the right direction.

## THE SENTENCE

The sentencing statute 3553(a) sets forth some noble goals with fine words; deterrence, respect for the law, just punishment, and the need for the sentence imposed. Meeting the goals of the statute and respecting the noble words is somewhat difficult. This Court, and all Criminal Courts have the task of examining the past to predict the future. In our case, Mr. Beckford's march to a positive future is at a crossroads. The one road heads to a recidivist future prompted by the street values of his youth in Brooklyn and Queens. The other is now encouraged by the positive performances, self-confidence, and socialization taught in the EOTC programs. Davon seems headed onto the right intersection. The one indicated by his performance over the past year.

As this Court is well aware since <u>Booker v. Fanfan</u>, 843 U.S. 220 (200$) followed by <u>Gall v. U.S.</u>, 552 U.S. 38 (2007) the U.S. District Courts have wide discretion to vary from the Guidelines even for reasons not extraordinary. In <u>Gall</u> the District Court varied from the Guidelines calling for a 30-39 month sentence by weighing the defendant's post

conspiracy good work and a flood of character letters attesting as such. There the District Court sentenced Gall to probation.

Beckford through counsel requests this Court to consider his youthful age, his prior environment, and his extraordinary positive post-arrest performance while awaiting the instant sentencing. The Court should consider also support from Beckford's family. Mr. Beckford's sister is a respected member of the community, and she has assisted Mr. Beckford in seeking employment. His sister is willing to provide Mr. Beckford with a stable place to live. See the attached letters.

## CONCLUSION

For the reasons set forth within, this Court should sentence Davon Beckford significantly below the Guidelines.

Respectfully submitted,

*/s/ William Ruzzo*
WILLIAM RUZZO, ESQUIRE
Attorney I.D. 75865
590 Rutter Avenue
Kingston, PA 18704
Phone (570) 288-7799
Fax (570) 288-7798

4

**Davon Beckford**
522 Quincy St. Apt. 3G
Brooklyn, NY 11221
Phone: (347) 663-4959
dolomosthated5@gmail.com

----------------------------------------------------------------------------------------------------

**Career Objective:**   To secure a challenging and rewarding position in labor and industry.

**Education:**   **Sheepshead Bay High School.**   Brooklyn, NY

**Computer Skills:**   General Word Processing and E-Mail

**Employment:**

**Jersey Mikes**
Cook/Cashier: Wilkes Barre, PA                          November, 2014-March, 2015
- Responsibilities included taking customer orders, managing orders during busy hours in a timely manner, and managing the cash register.
- Additional responsibilities include cooking orders, cooking special request orders, maintaining quality food standards, maintaining a clean and orderly work station, working as part of a team to represent the reputation of the establishment.

**Vegetable Warehouse Worker**
Lineman: Colombia, SC                          May, 2014-August, 2014
- Responsibilities included cleaning, sanitizing, and packaging fresh vegetables in a warehouse setting.

**Franks Construction**
Landscaper: Latta, SC                          June, 2012-October, 2013
- Responsibilities included cutting and trimming grass, bushes, and plants, planting new trees and flowers, raking leaves, and maintaining seasonal flowers and plants.

**Selective Staffing**
Factory Worker: New York, NY                          January, 2012-February, 2013
- Responsibilities included working temporary jobs when needed through the staffing agency.

**Certifications:**   Have received training for OSHA standards.

**Skills:**   Highly motivated, hardworking individual, always dependable, works well independently and as part of a team, creative and imaginative, efficient and precise in a fast paced environment, great social and communication skills with an eye for problem solving.



## EOTC Educational Programming
## Lackawanna County Prison

**Name:** Davon Beckford                    **Date:** January 24, 2017

### Program Participation

| Date | Course | Progress | Certificate |
|---|---|---|---|
| 6/16-7/16 | Alternatives To Violence | Moderate | Yes |
| 7/16-8/16 | Financial Responsibility | Moderate | Yes |
| 8/16-9/16 | Emotional Wellness | Major | Yes |
| 9/16 | Math Applications | P | P |
| 9/16-10/16 | Career Preparation | Major | Yes |
| 10/16-11/16 | Life Skills Education (Phase I) | Major | Yes |
| 11/16-12/16 | Life Skills Education (Phase II) | Major | Yes |
| 1/17 | Life Skills Education (Phase III) | Major | Yes |

*\* P- Presently Attending*

**Comments**

Davon actively participated in classes he attended. He presented as positive, determined, insightful, and open minded. He completed all work assigned and received certificate of completion for his participation. Davon's opinion into group discussion was always welcome and his feedback was relevant and appropriate.

Devon also participates in a Math Applications class he attends twice weekly voluntarily to work on his educational goals. Davon is currently enrolled in classes at the Lackawanna County Prison offered through EOTC.

Should you have any questions regarding Davon's participation in classes, please do not hesitate to call EOTC, 570-703-0049.

Respectfully Submitted,

Jennifer Shoemaker, BS
Prison Program Instructor

Standards for Excellence Institute® accreditation ensures integrity and excellence in nonprofit management.

STANDARDS FOR EXCELLENCE

Seventh Avenue Center
431 N. 7th Avenue
Scranton, Pennsylvania 18503

**p** 570.348.6484
**f** 570.348.6492
**e** eotc@eotcworks.org

Visit us on the Web at www.eotcworks.org



## EOTC Educational Programming
## Lackawanna County Prison

**Name:** Davon Beckford          **Date:** December 15, 2016

### Program Participation

| Date | Course | Progress | Certificate |
|---|---|---|---|
| 6/16-7/16 | Alternatives To Violence | Moderate | Yes |
| 7/16-8/16 | Financial Responsibility | Moderate | Yes |
| 8/16-9/16 | Emotional Wellness | Major | Yes |
| 9/16-10/16 | Career Preparation | Major | Yes |
| 10/16-11/16 | Life Skills Education (Phase I) | Major | Yes |
| 11/16-P | Life Skills Education (Phase II) | Major | Yes |

* P- Presently Attending

**Comments**

Davon actively participated in classes he attended. He presented as positive, determined, insightful, and open minded. He completed all work assigned and received certificate of completion for his participation. Davon's opinion into group discussion was always welcome and his feedback was relevant and appropriate. Davon is currently enrolled in classes at the Lackawanna County Prison offered through EOTC.

Should you have any questions regarding Davon's participation in classes, please do not hesitate to call EOTC, 570-703-0049.

Respectfully Submitted,

Jennifer Shoemaker, BS
Prison Program Instructor

Standards for Excellence Institute®
accreditation ensures integrity and
excellence in nonprofit management.

STANDARDS FOR
EXCELLENCE

Seventh Avenue Center          p 570.348.6484
431 N. 7th Avenue              f 570.348.6492
Scranton, Pennsylvania 18503   e eotc@eotcworks.org

Visit us on the Web at www.eotcworks.org



## EOTC Educational Programming
## Lackawanna County Prison

**Name:** Davon Beckford          **Date:** March 9, 2017

### Program Participation

| Date | Course | Progress | Certificate |
|------|--------|----------|-------------|
| 6/16-7/16 | Alternatives To Violence | Moderate | Yes |
| 7/16-8/16 | Financial Responsibility | Moderate | Yes |
| 8/16-9/16 | Emotional Wellness | Major | Yes |
| 9/16 | Math Applications | P | P |
| 9/16-10/16 | Career Preparation | Major | Yes |
| 10/16-11/16 | Life Skills Education (Phase I) | Major | Yes |
| 11/16-12/16 | Life Skills Education (Phase II) | Major | Yes |
| 1/17 | Life Skills Education (Phase III) | Major | Yes |
| 1/30/17-3/10/17 | Men's Reentry Program | Major | Yes |

\* P- Presently Attending

**Comments**

Davon actively participated in classes he attended. He presented as positive, determined, insightful, and open minded. He completed all work assigned and received certificate of completion for his participation. Davon's opinion into group discussion was always welcome and his feedback was relevant and appropriate.

Davon also participates in a Math Applications class he attends twice weekly voluntarily to work on his educational goals. Davon is currently enrolled in classes at the Lackawanna County Prison offered through EOTC.

Should you have any questions regarding Davon's participation in classes, please do not hesitate to call EOTC, 570-703-0049.

Respectfully Submitted,

Jennifer Shoemaker, BS
Prison Program Instructor

Standards for Excellence Institute® accreditation ensures integrity and excellence in nonprofit management.

Seventh Avenue Center
431 N. 7th Avenue
Scranton, Pennsylvania 18503

p 570.348.6484
f 570.348.6492
e eotc@eotcworks.org

Visit us on the Web at www.eotcworks.org



## EOTC Educational Programming
## Lackawanna County Prison

**Name:** Davon Beckford

**Date:** January 24, 2017

## Program Participation

| Date | Course | Progress | Certificate |
|------|--------|----------|-------------|
| 6/16-7/16 | Alternatives To Violence | Moderate | Yes |
| 7/16-8/16 | Financial Responsibility | Moderate | Yes |
| 8/16-9/16 | Emotional Wellness | Major | Yes |
| 9/16 | Math Applications | P | P |
| 9/16-10/16 | Career Preparation | Major | Yes |
| 10/16-11/16 | Life Skills Education (Phase I) | Major | Yes |
| 11/16-12/16 | Life Skills Education (Phase II) | Major | Yes |
| 1/17 | Life Skills Education (Phase III) | Major | Yes |

* P- Presently Attending

**Comments**

Davon actively participated in classes he attended. He presented as positive, determined, insightful, and open minded. He completed all work assigned and received certificate of completion for his participation. Davon's opinion into group discussion was always welcome and his feedback was relevant and appropriate.

Devon also participates in a Math Applications class he attends twice weekly voluntarily to work on his educational goals. Davon is currently enrolled in classes at the Lackawanna County Prison offered through EOTC.

Should you have any questions regarding Davon's participation in classes, please do not hesitate to call EOTC, 570-703-0049.

Respectfully Submitted,

Jennifer Shoemaker, BS
Prison Program Instructor

Standards for Excellence Institute®
accreditation ensures integrity and
excellence in nonprofit management.

Seventh Avenue Center
431 N. 7th Avenue
Scranton, Pennsylvania 18503

p 570.348.6484
f 570.348.6492
e eotc@eotcworks.org

Visit us on the Web at www.eotcworks.org

# Certificate of Achievement

This certifies that:

*Davon Beckford*

Has participated with distinction in

**Financial Responsibility**

*Topics Covered : To increase the knowledge of the need to better and more effectively manage one's finances, including saving and budgeting money, benefits of a checking account, acquire a better approach to the budget of monthly cash flow, learn various ways to re-establish credit, improving one's credit score, and recognizing when one is in financial crisis.*

*Completed 10.5 Hours of Educational Programming*

August 11, 2016

Linda A. Ciampi, M.C.Ed.
EOTC Executive Director

Jennifer Shoemaker
Prison Program Instructor EOTC

## EOTC

Employment Opportunity & Training Center of Northeastern Pennsylvania
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484



# E O T C
## MATH SKILLS PROGRAM

AWARDS THIS CERTIFICATE TO

DAVON BECKFORD

FOR COMPLETION OF WORK IN
PER CENTS, DECIMALS, FRACTIONS, COMPARISON SHOPPING,
UNITS OF TIME

AND FOR ACHIEVING A SATISFACTORY SCORE ON
THE EXIT SKILLS INVENTORY FOR ARITHMETIC

_____
INSTRUCTOR

February 27, 2017
DATE

# Certificate of Achievement

This certifies that

## Davon Beckford

Has participated with distinction in

### Life Skills (Phase III)

*Topics Covered : Financial Responsibility: To increase the knowledge to better manage one's finances and improve approach to budgeting; Employment: To gain skills necessary for securing stable long-term employment and participate in mock employment interview; Alternatives to Violence: To become more aware of the negative effects of violence and diminish internalized anger; Skills for Success: To provide the insight needed into making productive choices and leading a satisfying life.*

Completed 9 Hours of Educational Programming

January 24, 2017

*Linda A. Ciampi*

Linda A. Ciampi, M.C.Ed.
EOTC Executive Director



**EOTC**

Employment Opportunity & Training Center of Northeastern Pennsylvania
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA  18503

# Certificate of Achievement

This certifies that

## Davon Beckford

Has participated with distinction in

### Anger Management

*Topics Covered : To gain insight into the dangers of violence, to become more aware of the negative effects of anger and violence, learn appropriate ways to deal with angry thoughts, develop techniques for diminishing internalized anger, and increase insight into appropriate coping skills to manage angry emotions and handling conflict.*

*Completed 12 Hours of Educational Programming*

July 14, 2016

*Linda A. Ciampi*

Linda A. Ciampi, M.C.Ed.
EOTC Executive Director

Jennifer Shoemaker
Prison Program Instructor EOTC

## EOTC

Employment Opportunity & Training Center of Northeastern Pennsylvania
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484

# Certificate of Achievement

This certifies that

## Davon Beckford

Has participated with distinction in

### Emotional Wellness

*Topics Covered : To increase awareness into one's emotions, understand feelings of frustration and anger, identify feelings of pessimism and develop skills needed to cope with the ups and downs of daily living, to develop greater emotional wellness skills, and identify and operate from one's strengths and build confidence in one's abilities and live life from the standpoint of positivity and possibility.*

Completed 10.5 Hours of Educational Programming

_Linda A. Ciampi_

September 8, 2016

Linda A. Ciampi, M.C.Ed.
EOTC Executive Director

_Jennifer Shoemaker_

Jennifer Shoemaker
Prison Program Instructor EOTC

## EOTC

Employment Opportunity & Training Center of Northeastern Pennsylvania
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA. 18503
Phone: 570.348.6484

# Certificate of Achievement

This certifies that

## Davon Beckford

Has participated with distinction in

### Career Preparation

*Topics Covered : To gain the skills necessary for securing stable long-term employment, increase insight into career preparation, discuss various career choices based on personal interest, aptitude, and skills, develop a current resume, participate in mock employment interview, and learn about changes and trends in the work place environment*

*Completed 12 Hours of Educational Programming*

October 11, 2016

Linda A. Ciampi

Linda A. Ciampi, M.C.Ed.
EOTC Executive Director

Jennifer Shoemaker
Prison Program Instructor EOTC

## EOTC
Employment Opportunity & Training Center of Northeastern Pennsylvania
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484



# Certificate of Achievement

This certifies that

## Davon Beckford

Has participated with distinction in

### Life Skills (Phase I)

Topics Covered : **Parenting:** To increase insight into healthy parenting skills and family reunification; **Relationships:** To increase awareness into what are healthy relationships; **Anger Management:** Increase insight into anger and violence, recognize triggers, develop appropriate coping skills; **Decision Making:** To identify problem solving styles and recognize and predict thinking errors; **Responsible Thinking:** increase insight into thinking errors, maintaining a healthy lifestyle, and being a responsible member of society.

Completed 12 Hours of Educational Programming

_Linda A. Ciampi_

Linda A. Ciampi, M.C.Ed.
EOTC Executive Director

Jennifer Shoemaker
Prison Program Instructor EOTC

November 17, 2016

**EOTC**

Employment Opportunity & Training Center of Northeastern Pennsylvania
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484



# Certificate of Achievement

This certifies that

## Davon Beckford

Has participated with distinction in

## Life Skills (Phase II)

*Topics Covered :* **Drug and Alcohol Education:** *Identify triggers for substance abuse and create a recovery plan to reduce chance of relapse;* **Positive Attitude/Healthy Mind:** *To develop a more proactive and optimistic view of life;* **Establishing Life Goals:** *To name and discuss different types of goals and goal setting techniques that lead to motivation and self confidence;* **Conflict Resolution:** *Identify appropriate methods to deal with conflict;* **Communication Skills:** *To learn different types of communication and improve personal listening skills.*
*Completed 12 Hours of Educational Programming*

December 15, 2016

*Linda A. Ciampi*

Linda A. Ciampi, M.C.Ed.
EOTC Executive Director

Prison Program Instructor EOTC

## EOTC

Employment Opportunity & Training Center of Northeastern Pennsylvania
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503
Phone: 570.348.6484

# Certificate of Achievement

This certifies that

## Davon Beckford

Has participated with distinction in

### Life Skills (Phase III)

*Topics Covered : **Financial Responsibility:** To increase the knowledge to better manage one's finances and improve approach to budgeting; **Employment:** To gain skills necessary for securing stable long-term employment and participate in mock employment interview; **Alternatives to Violence:** To become more aware of the negative effects of violence and diminish internalized anger; **Skills for Success:** To provide the insight needed into making productive choices and leading a satisfying life.*

Completed 9 Hours of Educational Programming

January 24, 2012

*Linda A. Ciampi*

Linda A. Ciampi, M.C.Ed.
EOTC Executive Director

## EOTC

Employment Opportunity & Training Center of Northeastern Pennsylvania
Seventh Avenue Center
431 Seventh Avenue
Scranton, PA 18503



**THE LEGAL AID SOCIETY**

Queens County Criminal Defense Office
120-46 Queens Boulevard
Queens, NY 11415
T (718) 286-2000
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Seymour W. James, Jr.
*Attorney-in-Charge*
Criminal Practice

Timothy B. Rountree
*Attorney-in-Charge*
Queens County Office

May 5, 2017

William Ruzzo, Esq.
590 Rutter Avenue
Kingston, PA 18704

Re:    Davon Beckford
Queens Co. Indct. # 01936-2011

Dear Mr. Ruzzo,

As per your request, we were able to obtain a certified certificate of disposition from the court, as well as letter of incarceration from the Department of Correction for Mr. Beckford (enclosed)

Please let us know if we can be of any further assistance.

Sincerely,

Lucy Herschel
Paralegal for Fern Merenstein, Esq.
(718) 286-2337



NEW YORK CITY DEPARTMENT OF CORRECTION
Joseph Ponte, Commissioner

Winette Saunders, Deputy Commissioner
Youthful Offender Programming
75-20 Astoria Boulevard, Suite 110
East Elmhurst, NY 11370

718 • 546• 0447
Fax 718 • 278 • 6429

April 12, 2017

The Legal Aid Society
Queens Criminal Defense Practice
120-46 Queens Boulevard
Attn: Lucy Herschel, Paralegal
Kew Gardens, NY 11415

Re: Davon Beckford - NYSID #00028647M:

Dear Ms. Herschel:

This notice is to confirm that Devon Beckford with NYSID #00028647M was admitted to the custody of the New York City Department of Correction (NYCDOC) on April 15, 2016 under Book & Case #141-16-03665 and was discharged on May 31, 2016. Mr. Beckford was also in the custody of the NYC Department of Correction on October 23, 2011 under Book & Case #441-11-10460 whereby he was discharged on April 16, 2012.

If further assistance is needed, please feel free to contact me at 718-546-0448.

Thank you,

Captain S. Peake#1128

SUPREME COURT OF THE STATE OF NEW YORK      NO FEE
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NY 11415

## CERTIFICATE OF DISPOSITION-YOUTHFUL OFFENDER ADJUDICATION

DATE: 03/21/2017                    CERTIFICATE OF DISPOSITION NUMBER: 29795

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:            01936-2011
                VS.                 LOWER COURT NUMBER(S): 2011QN056918
                                    DATE OF ARREST:        10/21/2011
                                    ARREST #:              Q11660224
                                    NYSID #:               28647M
                                    DATE OF BIRTH:         06/11/1994
BECKFORD,DAVON                      DATE FILED:            11/10/2011
_____
         DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 04/15/2013 BEFORE THE HON.
KRON,B THE DEFENDANT WAS ADJUDICATED
TO BE A YOUTHFUL OFFENDER AND WAS SENTENCED TO

 ROBBERY 1st DEGREE PL  160.15 02 BF
 PROBATION = 5 YEAR(S)
 CONSECUTIVE TO: ROBBERY 1st DEGREE PL  160.15 02 BF

 ROBBERY 1st DEGREE PL  160.15 02 BF
 PROBATION = 5 YEAR(S)
 CONSECUTIVE TO: ROBBERY 1st DEGREE PL  160.15 02 BF


CVAF = $25 (JUDGMENT ORDERED)
SURCHARGE = $300 (JUDGMENT ORDERED)

THAT ON 04/28/2016 THE ABOVE NAMED DEFENDANT WAS RESENTENCED
ON A VIOLATION OF PROBATION BY THE HON. WONG,D
THEN A JUDGE OF THIS COURT TO:

 ROBBERY 1st DEGREE PL  160.15 02 BF
 IMPRISONMENT =   1 YEAR(S)
 CONSECUTIVE TO: ROBBERY 1st DEGREE PL  160.15 02 BF

 ROBBERY 1st DEGREE PL  160.15 02 BF
 IMPRISONMENT =   1 YEAR(S)
 CONSECUTIVE TO: ROBBERY 1st DEGREE PL  160.15 02 BF


CVAF = $25 (JUDGMENT ORDERED)
SURCHARGE = $300 (JUDGMENT ORDERED)


A YOUTHFUL OFFENDER ADJUDICATION IS NOT A JUDGMENT OF CONVICTION
FOR A CRIME OR ANY OTHER OFFENSE, AND DOES NOT OPERATE AS A
DISQUALIFICATION OF ANY PERSON SO ADJUDGED TO HOLD PUBLIC OFFICE OR
PUBLIC EMPLOYMENT OR TO RECEIVE ANY LICENSE GRANTED BY PUBLIC
AUTHORITY CPL 720.35.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 03/21/2017.

_____

QUEENS COUNTY CLERK

COURT CLERK

To Whom It May Concern,

What can I say about my brother Davon? Well since last year when my brother was in a car accident and I thought I would never see him again I would say our bond grew a little stronger. My brother is not the kind of person to give up and after his accident I felt like his strive for better increased until this. Yes, he made some bad choices and got in trouble and understands for every wrong choice there are consequences. So now every time we talk its always about bettering himself. My brother understands that second chances aren't always given so he plans on taking this time from his family as a wide eye opener. Being away from his family during this time is something he don't want to go through again and he makes that clear. I believe that my brother has finally learned his lesson, I have never heard or seen him repeat the same thing and not accomplish it. Every time we speak he tells me he can't wait to get home so he can get a job. I believe that my brother will get on the right path this time and with family by his side and in his ear I know he will stay on the right path. I'm willing to take my brother home with open arms and guide him in the right direction.

Thank You,
Mercedes Smith

Rosie Harley
522 Quincy Street Apt3G
Brooklyn, NY 11221


To Whom This May Concern,

I Rosie Harley am the mother of Davon Beckford. I currently reside in Brooklyn, NY with just my youngest son, although I'm a mother a four. In April of this year, I had a major surgery due to a stroke of the spine. He was by myside the entire time and I really need him here with me now and his younger brother also needs him.

Davon had always been taught to do the right thing, but as we all know, we don't be with our kids twenty four/ seven, and they don't do it always when we are not around. He has always been a kind and gentle person; he has helped many people in our surrounding community in whatever way they may have asked him too. Many of them would often tell me I could pat myself on the back for the great job I have done with my kids. Anyone who knows me or any of my family members know we are against violence and doing anything wrong to break the law. I have always taught Davon to tell the truth and that I (as his mother) can always tell if he is lying. I told him when he do wrong thing that it hurts me to my heart because I didn't raise him that way. But also, that I would be by his side to help whenever he made a mistake because we all make mistakes.

Honestly, I'm writing you not only as his mother but as a person who believes and taught my kids of forgiveness. He was raised in church and taught to believe in a higher power if he ever felt weak or needed help and I couldn't be there to assist him immediately. I feel my son made a major mistake and not to place blame on anyone else but peer pressure is a real thing that kids go through. Often times our kids want to fit in and be a part of a crowd, and don't come to us.

Basically, all I'm asking for is leniency for my son and the mistake that he has made, and ask you can you give him another chance to be the great man I know he can be. I feel he has learned his lesson. Also, because as I for stated I could use him back here for some help with my sickness and so I know that he is safe and secure home with me.


Thank You In Advance,

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :
                                 :
                 Plaintiff     :
                                 :
    vs.                            :
                                 :
DAVON BECKFORD,           :
                                 :
                                 :   NO. 3:16-CR-127-ARC-5
              Defendant

## CERTIFICATE OF SERVICE

I, WILLIAM RUZZO, ESQUIRE, do hereby certify that this document, the foregoing Memorandum and attachments was served via hand delivery to U.S. Probation at the Probation Office, U.S. Courthouse, Scranton, PA and U.S. Attorney via electronic notice.

/s/ *William Ruzzo*

_____

WILLIAM RUZZO, ESQUIRE
Attorney I.D. 75865
590 Rutter Avenue
Kingston, PA 18704
(570) 288-7799
Fax (570) 288-7798