UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:16-CR-127 |
| v. : | |
| : | (Caputo, J.) |
| TRUMAN JONES, and : | |
| NA'DEARDRA MAYHAMS, : | |
| Defendants : | |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the Plaintiff, United States of America, in the above captioned case.

DAVID J. FREED
United States Attorney

/s/ Alisan Martin

_____
ALISAN MARTIN
Assistant United States Attorney