RECEIVED

JUN 04 2019

PER /s/ Ow
DEPUTY CLERK

May 29, 2019

Dear Judge Caputo,

I am writing you again because I'm not sure if you recieved my first letter. I am not writing this letter to justify my wrong doings, I am writing this letter to apologize and ask for a second chance. Its hard for me as a felon to keep a job. The three jobs I worked for gave me 30 days and let me go due to me prior convictions. I worked for Green fiber located in Laflin PA, Spherion temp agency and UPS both located in Pittston PA. My initial address was 32 N. Fulton street in Wilkes Barre I had to relocate because my sisters landlord said it wasn't OK to probation to that address. I ended up homeless for 2 weeks living out of the hotel until I got an address from one of my close friends in Sugar Notch. 755 Main Street was my address. I'm just asking for another chance to get myself together. I'm 24 years old and I made a mistake. If you give me another I promise to get my life in order. I have a valid address located at 83 Grove street in Wilkes Barre. I also have a job ready for me when I am realeased. My good friend Terrell Johnson is a supervisor for a Paving Company. My lawyer confirmed the job with him. My mom is real sick and I want to be able to help her the best way I can. Thank you for your time Judge Caputo.

Sincerly
Navon Beckford

Name: Davon Beckford
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840



ATTN: Judge Richard Caputo
197 South Main Street
Wilkes Barre PA 18702

RECEIVED
JUN 04 2019
PER _____
DEPUTY CLERK

CONTENTS MAILED FROM CORRECTIONAL FACILITY

18701-150099