# United States District Court
# Middle District of Pennsylvania

## NOTICE

**UNITED STATES OF AMERICA**            CASE NO. 3:CR-16-127
    v.

**DAVON BECKFORD**

Type of Case:
          ( ) Civil      ( x ) Criminal

(**xx**) TAKE NOTICE that the following proceeding in this case has been **SCHEDULED** for the date, place and <u>time</u> set forth below:

**TYPE OF PROCEEDING:**            Supervised Release Revocation Hearing

**COURTROOM #3**            DATE: TUES., JULY 30, 2019
**MAX ROSENN U.S. COURTHOUSE**
**197 SOUTH MAIN STREET**            TIME: 10:00 A.M.
**-WILKES-BARRE, PENNSYLVANIA**

DATED: July 23, 2019

                                                                 /s/ Dawn M. Wychock
                                                                 DAWN M. WYCHOCK
copies to:                                                        Courtroom Deputy
counsel of record
U.S. Marshal
U.S. Probation
Court Reporters