# UNITED STATES DISTRICT COURT
## Middle District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVON BECKFORD | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:CR-16-127-05<br>USM No. 75217-067<br><br>Brandon R. Reish, Esquire<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___General & Std. Conds.___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General Condition | The defendant shall not commit another federal state or local crime. | 03/15/2018 |
| General Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use | 03/15/2018 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5272

Defendant's Year of Birth: 1994

City and State of Defendant's Residence:
Wilkes-Barre, Pennsylvania

07/30/2019
Date of Imposition of Judgment

*(signature)*
Signature of Judge

A. Richard Caputo,           U.S. District Judge
Name and Title of Judge

08/28/2019
Date

DEFENDANT: DAVON BECKFORD
CASE NUMBER: 3:CR-16-127-05

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | of a controlled substance. | |
| | The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. | |
| Std. Condition #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician. | 03/15/2018 |
| Std. Condition #8 | The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered. | 03/15/2018 |
| Std. Condition #9 | The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the Probation Officer. | 03/15/2018 |
| Std. Condition #5 | The defendant shall work regularly at a lawful occupation, unless excused by the Probation Officer for schooling, training or other acceptable reasons. | 03/15/2018 |

DEFENDANT: DAVON BECKFORD
CASE NUMBER: 3:CR-16-127-05

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Six (6) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DAVON BECKFORD
CASE NUMBER: 3:CR-16-127-05

## ADDITIONAL IMPRISONMENT TERMS

The Court has carefully considered the statements of all parties and the information contained in the violation and dispositional report. The Court finds that the defendant has violated the terms and conditions of his supervised release and the term of supervised release is revoked. Further, the Court has determined that a sentence below the guideline range is appropriate in order to provide adequate punishment and deterrence.

I must advise you of your right to appeal your sentence to the United States Court of Appeals. With few exceptions, any notice of appeal must be filed within fourteen days of sentencing. If you are unable to pay the cost of an appeal, then you may apply for leave to appeal in forma pauperis, and if approved, counsel will be appointed for you and you will not be required to pay any costs. If you so request, the Clerk of Court will prepare and file a Notice of Appeal on your behalf.

DEFENDANT: DAVON BECKFORD
CASE NUMBER: 3:CR-16-127-05

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No further supervised release imposed.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.